No. 4,154.—In RE APPEAL OF A. J. BISHOP.

Appeal from District Court, Missoula County.

Decided December 17, 1917.

PER CURIAM.—The motion of respondent board of county commissioners to dismiss the appeal herein is granted, and the appeal is accordingly ordered dismissed.

*Mr. F. R. Angevine* and *Mr. Frank Woody,* for Appellant.

*Mr. Wm. F. Wayne* and *Mr. Elmer E. Hershey,* for Respondent.

---

No. 3,994.—STATE, RESPONDENT, *v.* WILLIAM ELLIS, APPELLANT.

*Appeal from District Court, Beaverhead County; Jos. C. Smith, Judge.*

Decided January 4, 1918.

PER CURIAM.—Pursuant to stipulation of parties herein, the appeal is hereby dismissed.

*Mr. C. B. Nolan,* for Appellant.

*Mr. S. C. Ford,* Attorney General, and *Mr. Frank Woody,* Assistant Attorney General, for Respondent.